UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD CUPP and
LAWRENCE "WOLF" HAVEN,

Plaintiffs,

v.

JESSE BRUCKER,

Defendant.

No. 2:18-cv-02587-TLN-KJN

**ORDER**

The Court issued an Order in the original case in this matter, James Edward Cupp, *et al*. v. Kamala D. Harris, *et al*., 2:16-cv-00523-TLN-KJN ("Cupp v. Harris"), inter alia, dismissing the sixth cause of action against defendant Jesse Brucker ("Brucker") with leave to amend and granting a motion to sever the seventh cause of action against Brucker. (Cupp v. Harris, ECF No. 58 at 12.) The Court allowed Haven thirty days from the date of its Order, September 21, 2018, "to file a severed and amended complaint for the Sixth and Seventh Causes of Action against Defendant Brucker." (Cupp v. Harris, ECF No. 58 at 12.) The Court directed the Clerk of the Court to open a new case number with the same district judge and magistrate judge, docket the Order in the new case, and waive any filing fees. (Cupp v. Harris, ECF No. 58 at 12.)

On September 21, 2018, the Clerk of the Court opened a new case, James Edward Cupp, *et al*., v. Jesse Brucker, 2:18-cv-02587-TLN-KJN ("Cupp v. Brucker"), and docketed the Order.

(Cupp v. Brucker, ECF No. 1.)  On October 23, 2018, having not received a complaint on this docket by the deadline, the Court issued an Order to Show Cause why Cupp v. Brucker should not be dismissed for failure to prosecute.  (Cupp v. Brucker, ECF No. 2.)

On October 22, 2018, Haven opened a new case, Lawrence Haven v. Jesse Brucker, 2:18-cv-02832-TLN-KJN ("Haven v. Brucker"), and filed a complaint constituting the severed and amended sixth and seventh causes of action.  (Haven v. Brucker, ECF No. 1.)  A new summons and an initial pretrial scheduling order also issued.  (Haven v. Brucker, ECF Nos. 2 & 3.)

The Court hereby orders:

1. The Clerk of the Court is directed to docket this Order in case 2:18-cv-02832-TLN-KJN;

2. The Clerk of the Court is directed to then TERMINATE, 2:18-cv-02832-TLN-KJN; and

3. Haven is afforded until end of day on Friday, October 26, 2018, to file his severed and amended complaint on the docket in case 2:18-cv-02587-TLN-KJN; and

4. The Order to Show Cause in case 2:18-cv-02587-TLN-KJN, (ECF No. 2), is DISCHARGED.

IT IS SO ORDERED.

Dated: October 24, 2018

Troy L. Nunley
United States District Judge